O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN O. EGUILOS,<br><br>        Petitioner,<br><br>   v.<br><br>JOE LIZARRAGA, Warden, et al.,<br><br>        Respondents. | Case No. CV 16-5352 JGB (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\
\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action without prejudice.
3
4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5  Order and the Judgment herein on Petitioner at his current address
6  of record.
7
8  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: August 30, 2016
11                                          _____
                                            JESUS G. BERNAL
12                                          UNITED STATES DISTRICT JUDGE