O

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN O. EGUILOS, | Case No. CV 16-5352 JGB (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE LIZARRAGA, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  August 30, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE